# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60149

United States Court of Appeals
Fifth Circuit

**FILED**

December 13, 2017

Lyle W. Cayce
Clerk

LESLY GATHERIGHT,

>    Plaintiff - Appellant

v.

HALEY BARBOUR; JIM HOOD; BEN CREEKMORE; LON STALLINGS; HONEY USSERY; MICKEY MALLETTE; CALHOUN COUNTY MISSISSIPPI SHERIFF'S OFFICE; DEWAYNE WINTER; TRACY MCGUIRT,

>    Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:16-CV-3

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:[*]

Plaintiff Lesly Gatheright appeals the dismissal of his claims against several Mississippi state and county actors stemming from his arrest and indictment on two charges of felony bad check. We have carefully considered this appeal in light of the parties' briefs and pertinent portions of the record.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-60149

Having done so, we find no error in the district court's dismissal of the claims. The district court's judgment is AFFIRMED for essentially the same reasons articulated by that court.